Same case below, 592 F.3d 675.

**No. 10-5036. Maria Carmen Palazzo, Petitioner v. United States.**

562 U.S. 900, 131 S. Ct. 231, 178 L. Ed. 2d 154, 2010 U.S. LEXIS 6232.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 372 Fed. Appx. 445.

**No. 10-5037. Wilkens Philius, Petitioner v. United States.**

562 U.S. 900, 131 S. Ct. 231, 178 L. Ed. 2d 154, 2010 U.S. LEXIS 6032.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-5042. Anthony T. Kelly, Petitioner v. South Carolina Department of Corrections, et al.**

562 U.S. 900, 131 S. Ct. 392, 178 L. Ed. 2d 154, 2010 U.S. LEXIS 6167.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 382 Fed. Appx. 284.

**No. 10-5043. Noah Small, Petitioner v. Dale Artus, Superintendent, Clinton Correctional Facility.**

562 U.S. 900, 131 S. Ct. 232, 178 L. Ed. 2d 154, 2010 U.S. LEXIS 6324.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-5044. Daniel Thomas Schaefer, Petitioner v. Susan Hubbard, Warden.**

562 U.S. 900, 131 S. Ct. 232, 178 L. Ed. 2d 154, 2010 U.S. LEXIS 6150.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-5045. Jevegeni Sorokin, Petitioner v. United States.**

562 U.S. 900, 131 S. Ct. 233, 178 L. Ed. 2d 154, 2010 U.S. LEXIS 6354.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-5046. Gerald Wayne Adams, Petitioner v. North Carolina.**

562 U.S. 900, 131 S. Ct. 233, 178 L. Ed. 2d 154, 2010 U.S. LEXIS 6358.

October 4, 2010. Petition for writ of certiorari to the Superior Court of North Carolina, Cumberland County, denied.

**No. 10-5047. Jason P. Brown, Petitioner v. Camden County Counsel, et al.**

562 U.S. 900, 131 S. Ct. 233, 178 L. Ed. 2d 154, 2010 U.S. LEXIS 6667.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.